In the Matter of the Probate of the Will of IRWIN M. HERZIG, Deceased. GERTRUDE C. H. NOTES, Appellant; BENJAMIN H. HERZIG, Respondent.

Submitted November 14, 1949; decided November 23, 1949.

*Stanley Faulkner* for motion.
*Edward Fillmore* opposed.

Motion for leave to appeal, etc., dismissed, with $10 costs and necessary printing disbursements, upon the ground that the order does not finally determine the proceeding within the meaning of the Constitution.